IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PHILLIP DEWAYNE STEWART                                                PLAINTIFF
ADC #151956

v.                          CASE NO. 5:17-CV-00274 BSM

SGT. FREEMAN                                                           DEFENDANT

## ORDER

The proposed findings and recommendations [Doc. No. 3] submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections have been filed. After a careful review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Stewart's motion to proceed *in forma pauperis* [Doc. No. 1] is denied, and the case is dismissed without prejudice. If Stewart would like to continue this case, he must pay the $400 filing fee to the clerk within ten days of the date of this order, clearly noting the case caption and number, together with a motion to reopen the case.

IT IS SO ORDERED this 16th day of November 2017.

                                                                    /s/ Brian S. Miller
                                                                    UNITED STATES DISTRICT JUDGE