IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PHILLIP DEWAYNE STEWART                                              PLAINTIFF
ADC #151956

v.                              CASE NO. 5:17-CV-00274 BSM

SGT. FREEMAN                                                          DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of November 2017.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE